*R. & H. Crawford,* for appellant.
*John S. Davis,* for appellee.

———————◆———————

### Brown and Others *v.* McDonald.

APPEAL from the *Floyd* Circuit Court.

Gregory, J.—The judgment in this case is reversed on the authority of the case of *Charles Roose* v. *James McDonald,* at this term. The two cases being alike.

Judgment reversed; cause remanded to said court, with directions to sustain the demurrers to the third and fifth paragraphs of the defendant's answer, and for further proceedings. Costs here.

*R. & H. Crawford,* for appellant.
*John S. Davis,* for appellee.